**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Samantha Gabert, | ) | Case 1:20-cv-01638-GTS-DJS |
| *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi[1], | ) | Daniel J. Stewart |
| Acting Commissioner of | ) | United States Magistrate Judge |
| Social Security | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the ALJ will give provide Plaintiff the opportunity for a new hearing, re-evaluate Ms. Elder's opinion, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,                                                                 Samantha Gabert

By Her Attorneys                                                            By Her Attorney

Carla B. Freedman,
United States Attorney

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| */s/ Lisa G. Smoller* | */s/ Kenneth Hiller*[2] |
| Lisa G. Smoller | Kenneth Hiller |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller |
| N.D.N.Y. Bar Roll No. 700999 | 6000 N. Bailey Ave., Ste. 1A |
| Social Security Administration | Amherst, NY 14226 |
| Office of the General Counsel | (716) 564-3288 |
| J.F.K. Federal Building, Room 625 | Khiller@kennethhiller.com |
| Boston, MA 02203 | |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

IT IS SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: __11/2/2021_____
        Syracuse, NY

---

[2] Signed by Lisa Smoller with Kenneth Hiller's permission.